No. 807. UNITED GAS PUBLIC SERVICE CO. *v.* TEXAS ET AL. May 17, 1937. The motion of the appellee to dismiss the appeal is denied. *Norfolk Turnpike Co.* v. *Virginia,* 225 U.. S. 264, 269; *Second National Bank* v. *First National Bank,* 242 U. S. 600, 602; *Western Union* v. *Priester,* 276 U. S. 252, 258. *Messrs. John P. Bullington* and *F. G. Coates* for appellant. *Messrs. William McCraw, Alfred M. Scott,* and *Edward H. Lange* for appellees.

No. 938. PAINTER *v.* OHIO. Jurisdictional statement distributed May 15, 1937. Decided May 24, 1937. *Per Curiam:* The motion of the appellee for leave to file a statement against jurisdiction is granted. The appeal herein is dismissed for the want of a substantial federal question. *Hebert* v. *Louisiana,* 272 U. S. 312, 315; *Westfall* v. *United States,* 274 U. S. 256. *Messrs. Nugent Dodds, W. H. Boyd,* and *Ben B. Wickham* for appellant. *Mr. Frederick W. Green* for appellee.

No. 944. FEARON *v.* TREANOR. Jurisdictional statement distributed May 15, 1937. Decided May 24, 1937. *Per Curiam:* The appeal herein is dismissed for the want of a substantial federal question. *Second Employers' Liability Cases,* 223 U. S. 1, 50; *New York Central R. Co.* v. *White,* 243 U. S. 188, 198; *Silver* v. *Silver,* 280 U. S. 117, 122. *Mr. Joseph S. Robinson* for appellant. No appearance for appellee.